



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 13, 2020

**BY EMAIL**

The Honorable Ona T. Wang
United States Magistrate Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    **Re:**    ***United States v. Donnell Russell*, 20 Mag. 2732**

Dear Judge Wang:

    On or about March 11, 2020, the Court approved the above-referenced complaint (the "Complaint") charging Donnell Russell with conspiring to threaten physical harm by interstate communication and with threatening physical harm by interstate communication. The Government understands that the Court plans to present the defendant on the charges in the Complaint tomorrow. The Government respectfully requests that the Court enter the proposed order unsealing the Complaint.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    _____/s/_____
    Peter J. Davis
    Lara Pomerantz
    Assistant United States Attorneys
    (212) 637-2468