ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                                 :

UNITED STATES OF AMERICA
                                                 :        <u>UNSEALING ORDER</u>

  - v. -
                                                 :        20 Mag. 2732

DONNELL RUSSELL,
                                                 :

        Defendant.                 :

                                                 :
------------------------------------- x

        Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Peter J. Davis and Lara Pomerantz;

        It is found that the complaint in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the complaint unsealed, it is therefore

        ORDERED that the complaint in the above-captioned action be unsealed for all purposes.

Dated: New York, New York
       August 13, 2020

                                                               _____
                                                               UNITED STATES MAGISTRATE JUDGE