UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Donnell Russell

                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**20 MAG 2732 (UA)**

Defendant ___Donnell Russell_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x__ teleconferencing:

_x____ Initial Appearance Before a Judicial Officer

_____ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x___ Bail/Detention Hearing

_____ Conference Before a Judicial Officer

/s Donnell Russell  *AM*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Annalisa Miron*
_____
Defendant's Counsel's Signature

_Donnell Russell_____
Print Defendant's Name

_____Annalisa Mirón_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

14 Aug 2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge